1  Frank E. Scherkenbach, (CAB # 42549;
   scherkenback@fr.com)
2  Fish & Richardson P.C.
   225 Franklin Street
3  Boston, MA 02110-2804
   Telephone: (617) 542-5070
4  Facsimile:  (617) 542-8906

5  Howard G. Pollack (CAB # 162897;
   pollack@fr.com)
6  Craig R. Compton (CAB # 215491;
   compton@fr.com)
7  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
8  Redwood City, CA 94063
   Telephone: (650) 839-5070
9  Facsimile:  (650) 839-5071

10 Attorneys for Plaintiff
   SUNPOWER CORPORATION, SYSTEMS
11

12             UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                   (SAN JOSE DIVISION)

15

| 16 | SUNPOWER CORPORATION, SYSTEMS, a Delaware corporation, | Case No. CV 08-2807 HRL |
|----|---|---|
| 17 | | **PROOF OF SERVICE** |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | SUNLINK CORPORATION, a Delaware Corporation, and ADVANCED ENERGY SYSTEMS LLC, an Oregon Limited liability company, | |
| 21 | | |
| 22 | Defendants. | |

23

24     I am employed in the County of San Mateo. My business address is Fish & Richardson

25 P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063.  I am over the age of 18

26 and not a party to the foregoing action.

27     I am readily familiar with the business practice at my place of business for collection and

28 processing of correspondence for personal delivery, for mailing with United States Postal Service,

                                       1

1  for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight
2  service.

3      On June 10, 2008, I caused a copy of the following document(s):

4  **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

5  
6  **BROCHURE ENTITLED "CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA;**

7  **MAGISTRATE JUDGE HOWARD R. LLOYD'S STANDING ORDER RE: INITIAL CASE MANAGEMENT; AND**
8

9  **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES FOR THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**
10

11  to be served on the interested parties in this action by placing a true and correct copy thereof,

12  enclosed in a sealed envelope, and addressed as follows:

13    Randolph C. Foster                  Attorneys for Defendant
  Steven T. Lovett                    SUNLINK CORPORATION
14    Stoel Rives LLP
  900 SW Fifth Avenue, Suite 2600
15    Portland, Oregon 97204
  Telephone: (503) 294-9453
16    Facsimile: (503) 220-2480
  Email: rcfoster@stoel.com
17    Email: stlovett@stoel.com

18    Morgan W. Tovey, Esq.            Attorneys for Defendant
  Linda J. Brewer                    SUNLINK CORPORATION
19    Quinn Emanuel Urquhart
      Oliver & Hedges, LLP
20    50 California Street, 22nd Floor
  San Francisco, California 94111
21    Telephone: (415) 875-6600
  Facsimile: (415) 875-6700
22    Email: morgantovey@quinnemanuel.com
  Email: lindabrewer@quinnemanuel.com
23

24  [X]  **MAIL:**        Such correspondence was deposited, postage fully paid, with the
                            United States Postal Service on the same day in the ordinary course
25                              of business.

26  [ ]  **PERSONAL:**    Such envelope was delivered by hand to the offices of the addressee.

27
28

| | | |
|---|---|---|
| ☐ | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |
| ☒ | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |
| ☐ | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| ☐ | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |
| ☐ | **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on June 10, 2008, at Redwood City, California.

_____
Cheryl Marchesi-Sherwood

50491227.doc