1 | Frank E. Scherkenbach, (CAB # 42549;
scherkenback@fr.com)
2 | Fish & Richardson P.C.
225 Franklin Street
3 | Boston, MA 02110-2804
Telephone: (617) 542-5070
4 | Facsimile: (617) 542-8906

5 | Howard G. Pollack (CAB # 162897;
pollack@fr.com)
6 | Craig R. Compton (CAB # 215491;
compton@fr.com)
7 | FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
8 | Redwood City, CA 94063
Telephone: (650) 839-5070
9 | Facsimile: (650) 839-5071

10 | Attorneys for Plaintiff
SUNPOWER CORPORATION, SYSTEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| SUNPOWER CORPORATION, SYSTEMS, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUNLINK CORPORATION, a Delaware Corporation, and ADVANCED ENERGY SYSTEMS LLC, an Oregon Limited liability company,<br><br>Defendants. | Case No. CV 08-2807 HRL<br><br>**PLAINTIFF SUNPOWER CORPORATION, SYSTEMS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

SUNPOWER CORPORATION, SYSTEMS' CONSENT TO PROCEED BEFORE A

UNITED STATES MAGISTRATE JUDGE:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

hereby voluntarily consents to have United States Magistrate Judge Howard R. Lloyd conduct any

1  and all further proceedings in the case, including trial, and order the entry of a final judgment.
2  Appeal from the Judgment shall be taken directly to the United States Court of appeals for the
3  Federal Circuit.
4  Dated: June 12, 2008                                   FISH & RICHARDSON P.C.
5
6                                                         By: /s/ Howard G. Pollack
7                                                              Howard G. Pollack
8                                                         Attorneys for Plaintiff
                                                          SUNPOWER CORPORATION, SYSTEMS
9  50491798.doc