QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Morgan W. Tovey (Bar No. 136242)
  morgantovey@quinnemanuel.com
Linda J. Brewer (Bar No. 217730)
  lindabrewer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:    (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Defendant and Counterclaimant
SUNLINK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNPOWER CORPORATION, SYSTEMS, a Delaware corporation,<br><br>        Plaintiff,<br><br>     vs.<br><br>SUNLINK CORPORATION, a Delaware corporation,<br>        Defendant and Counterclaimant. | CASE NO. C 08-2807-HRL<br><br>**SUNLINK CORPORATION'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States District Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:  June 17, 2008            QUINN EMANUEL URQUHART & HEDGES, LLP


                                                 By  /s/
                                                     Linda J. Brewer
                                                     Attorneys for Defendant and Counterclaimant
                                                     SUNLINK CORPORATION