**United States District Court**
For the Northern District of California

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                          SAN JOSE DIVISION

5

6

7

8  Sunpower Corporation Systems, a Delaware          No. C08-02807
   corporation,

9              Plaintiff,

10     v.                                            **CLERK'S NOTICE OF IMPENDING
                                                     REASSIGNMENT TO A UNITED
11  Sunlink Corporation,                             STATES DISTRICT JUDGE**

12             Defendant.
   _____/

13

14

15         The Clerk of this Court will now randomly reassign this case to a United States

16  District Judge because one or more of the parties has requested reassignment to a United States

17  District Judge or has not consented to jurisdiction by a Magistrate Judge.

18         PLEASE TAKE NOTICE that a Case Management Conference in the above-

19  entitled matter which was previously set for September 23, 2008  before the Honorable Judge

20  Howard R. Lloyd has been vacated.

21

22

23

24

25

26  Dated:  June 18, 2008                           RICHARD W. WIEKING,
                                                    United States District Court
27

28                                                   _/s/ Patty Cromwell_____
                                                    By: Patty Cromwell
                                                    Courtroom Deputy Clerk to
                                                    Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

1

2    THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3

4    Linda Jane Brewer      lindabrewer@quinnemanuel.com, noahhagey@quinnemanuel.com

5    Craig R. Compton      compton@fr.com

6    Susan D. Pitchford      sdp@chernofflaw.com, jolmstead@chernofflaw.com,
     wolff@chernofflaw.com
7
     Howard Glenn Pollack      pollack@fr.com, sherwood@fr.com
8
     Frank Everett Scherkenbach      scherkenbach@fr.com, kryan@fr.com
9
     Morgan William Tovey      morgantovey@quinnemanuel.com,
10   marinadimanlig@quinnemanuel.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2