UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                                        408.535.5364

June 18, 2008

**CASE NUMBER: CV 08-02807 HRL**
**CASE TITLE: SUNPOWER CORPORATION-v-SUNLINK CORPORATION**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.. **Case reassigned to the Honorable Saundra Brown Armstrong** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/17/08

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                       Entered in Computer 06/18/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                              Transferor CSA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNPOWER CORPORATION SYSTEMS et al,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUNLINK CORPORATION et al,<br><br>　　　　　Defendant.<br>_____/ | Case Number: CV08-02807 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Randolph C. Foster
Stoel Rives, LLP
900 SW Fifth Avenue
Suite 2300
Portland, OR 97204-1268

Steven T. Lovett
Stoel Rives, LLP
900 SW Fifth Avenue
Suite 2300
Portland, OR 97204-1268

Dated: June 19, 2008

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Tiffany Salinas-Harwell, Deputy Clerk