Frank E. Scherkenbach, (CAB # 42549;
scherkenbach@fr.com)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack (CAB # 162897;
pollack@fr.com)
Craig R. Compton (CAB # 215491;
compton@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
SUNPOWER CORPORATION, SYSTEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| SUNPOWER CORPORATION, SYSTEMS, a Delaware corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>SUNLINK CORPORATION, a Delaware Corporation,<br><br>          Defendant. | Case No. CV 08-2807 SBA<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF SUNPOWER CORPORATION, SYSTEMS** |

Pursuant to Rule 11-5 of the Local Rules of the United States District Court for the Northern District of California, the undersigned requests that Brenna Legaard and Susan Pitchford of Chernoff, Vilhauer, McClung & Stenzel, LLP, currently listed as counsel of record for Plaintiff SunPower Corporation, Systems ("SunPower"), be withdrawn as counsel in this case. Chernoff, Vilhauer, McClung & Stenzel, LLP was counsel of record on the transferred matter because they appeared as local counsel on behalf of SunPower in the original filed action in the District of

Oregon. The appearances of Fish & Richardson P.C. as counsel of record for Plaintiff SunPower in the present matter remain current and are not affected by this notice.

Dated: June 26, 2008     FISH & RICHARDSON P.C.

By: */s/ Craig R. Compton*
    Craig R. Compton

Attorneys for Plaintiff
SUNPOWER CORPORATION, SYSTEMS

Dated: June 26, 2008     CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP

By: */s/ Susan D. Pitchford*
    Susan D. Pitchford

Attorneys for Plaintiff
SUNPOWER CORPORATION, SYSTEMS

    Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Susan D. Pitchford.

Dated: June 26, 2008     FISH & RICHARDSON P.C.

By: */s/ Craig R. Compton*
    Craig R. Compton

Attorneys for Plaintiff
SUNPOWER CORPORATION, SYSTEMS

50493071.doc