Frank E. Scherkenbach, (Bar No. 142549)
scherkenbach@fr.com
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Howard G. Pollack (Bar No. 162897)
pollack@fr.com
Craig R. Compton (Bar No. 215491)
compton@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff and Counterdefendant
SUNPOWER CORPORATION, SYSTEMS

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Morgan W. Tovey (Bar No. 136242)
morgantovey@quinnemanuel.com
Linda J. Brewer (Bar No. 217730)
lindabrewer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant and Counterclaimant
SUNLINK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| SUNPOWER CORPORATION, SYSTEMS, a Delaware corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>    vs.<br><br>SUNLINK CORPORATION, a Delaware corporation,<br><br>    Defendant and Counterclaimant. | Case No. C 08-2807-SBA<br><br>[PROPOSED] STIPULATED CASE SCHEDULE AND ORDER<br><br><u>PATENT CASE</u> |

The parties having met and conferred have agreed to the following case schedule through claim construction:

| Event | Date |
|---|---|
| Plaintiff to provide infringement contentions pursuant to Patent Local Rule 3-1 | July 11, 2008 |
| Plaintiff to produce documents pursuant to Patent Local Rule 3-2 | July 11, 2008 |
| Defendant to provide invalidity contentions pursuant to Patent Local Rule 3-3 | August 25, 2008 |
| Defendant to produce documents pursuant to Patent Local Rule 3-4 | August 25, 2008 |
| Both parties to identify any claim terms that require construction pursuant to Patent Local Rule 4-1 | September 4, 2008 |
| Parties to exchange preliminary claim constructions and extrinsic evidence pursuant to Patent Local Rule 4-2. | September 24, 2008 |
| Parties to file Joint Claim Construction and Prehearing Statement pursuant to Patent Local Rule 4-3. | October 24, 2008 |
| Close of claim construction discovery pursuant to Patent Local Rule 4-4. | November 17, 2008 |
| Plaintiff to file and serve its opening claim construction brief, (if required), pursuant to Patent Local Rule 4-5. | December 1, 2008 |
| Defendant to file and serve its responsive claim construction brief pursuant to Patent Local Rule 4-5. | December 15, 2008 |
| Plaintiff to file and serve its reply claim construction brief pursuant to Patent Local Rule 4-5. | December 22, 2008 |
| Claim construction hearing, (if required) | The week of January 12, 2008 subject to the Court's convenience |

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3  DATED: July 1, 2008                         FISH & RICHARDSON P.C.

      /s/ Craig R. Compton
   Craig R. Compton

   Attorneys for Plaintiff and Counterdefendant
   SUNPOWER CORPORATION, SYSTEMS

8  DATED: July 1, 2008                         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

      /s/ Linda J. Brewer
   Linda J. Brewer

   Attorneys for Defendant and Counterclaimant,
   SUNLINK CORPORATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Linda Brewer.

16  DATED: July 1, 2008                        FISH & RICHARDSON P.C.

      /s/ Craig R. Compton
   Craig R. Compton

   Attorneys for Plaintiff and Counterdefendant
   SUNPOWER CORPORATION, SYSTEMS

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  DATED: _____             _____
   Honorable Saundra Brown Armstrong
   United States District Court Judge