**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNPOWER CORPORATION SYSTEMS,<br><br>    Plaintiff,<br><br>  v.<br><br>SUNLINK CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 08-02807 SBA<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

PURSUANT TO CIVIL L.R. 72-1

    IT IS HEREBY ORDERED that this case is referred to a Magistrate Judge for all discovery. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 7/2/08

                                                               *Saundra B Armstrong*
                                                               SAUNDRA BROWN ARMSTRONG
                                                               United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California