1 | Frank E. Scherkenbach, (CAB # 142549;
scherkenbach@fr.com)
2 | Fish & Richardson P.C.
225 Franklin Street
3 | Boston, MA 02110-2804
Telephone: (617) 542-5070
4 | Facsimile:  (617) 542-8906

5 | Howard G. Pollack (CAB # 162897;
pollack@fr.com)
6 | Craig R. Compton (CAB # 215491;
compton@fr.com)
7 | Robert J. Kent (CAB # 250905;
RJKent@fr.com)
8 | FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
9 | Redwood City, CA 94063
Telephone: (650) 839-5070
10 | Facsimile:  (650) 839-5071

11 | Attorneys for Plaintiff
SUNPOWER CORPORATION, SYSTEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| SUNPOWER CORPORATION, SYSTEMS, a Delaware corporation, | Case No. CV 08-2807 SBA |
|---|---|
| Plaintiff, | **PLAINTIFF SUNPOWER CORPORATION, SYSTEMS' NOTICE OF APPEARANCE OF ROBERT J. KENT** |
| v. | |
| SUNLINK CORPORATION, a Delaware Corporation, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Robert J. Kent of Fish & Richardson P.C. hereby appears in the above-entitled action as counsel for Plaintiff SunPower Corporation, Systems.  The

1  undersigned requests that copies of all briefs, motions, orders, correspondence and other papers be
2  served upon Mr. Kent at the address listed below:

3      Robert J. Kent
    Fish & Richardson P.C.
4      500 Arguello Street, Suite 500
    Redwood City, CA 94063
5      Telephone: (650) 839-5070
6      Facsimile: (650) 839-5113
    Email: RJKent@fr.com

8  Dated: July 10, 2008                                         FISH & RICHARDSON P.C.

10                                                      By: */s/ Robert J. Kent*
11                                                           Robert J. Kent

12                                                   Attorneys for Plaintiff
                                                SUNPOWER CORPORATION, SYSTEMS

14 50497148.doc