QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Morgan W. Tovey (Bar No. 136242)
  morgantovey@quinnemanuel.com
  Linda J. Brewer (Bar No. 217730)
  lindabrewer@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for Defendant and Cross-Complainant
SUNLINK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUNPOWER CORPORATION, SYSTEMS, a Delaware Corporation,<br><br>              Plaintiff and Cross-Defendant,<br><br>       vs.<br><br>SUNLINK CORPORATION, a Delaware Corporation,<br><br>              Defendant and Cross-Complainant. | CASE NO. C 08-2807 SBA<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR SUNLINK CORPORATION AND [PROPOSED] ORDER**<br><br>[CIV. L.R. 11-5]<br><br>Trial Date:   Not Yet Set |

Pursuant to Civil Local Rule 11-5(a), Defendant and Cross-complainant Sunlink Corporation respectfully requests that the Court permit the withdrawal of Randolph C. Foster and Steven T. Lovett and the firm Stoel Rives LLP as its co-counsel in this matter. SunLink Corporation will continue to be represented in this Court by counsel from the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP. No scheduled hearing or trial will be delayed if this withdrawal is granted as the Quinn Emanuel Urquhart Oliver & Hedges firm has been involved in this case since prior to the transfer to this Court from the District of Oregon.

DATED: July __, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By_____
Linda J. Brewer
Attorneys for Defendant and Cross-Complainant
SUNLINK CORPORATION

I agree to and accept the above withdrawal of counsel.

DATED: July __, 2008

STOEL RIVES LLP

By_____
Randolph C. Foster
Email: rcfoster@stoel.com
STOEL RIVES LLP
900 SW Fifth Ave., Suite 2600
Portland, OR 97204
Telephone: (503) 294-9453
Facsimile: (503) 220-2480

DATED: July __, 2008

SUNLINK CORPORATION

By_____
Christopher Tilley
Title: Chief Executive Officer
SUNLINK CORPORATION

```
 1  DATED: July ___, 2008              QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP
 2

 3                                     By_____
 4                                          Linda J. Brewer
                                            Attorneys for Defendant and Cross-Complainant
 5                                          SUNLINK CORPORATION

 6        I agree to and accept the above withdrawal of counsel.

 7

 8  DATED: July ___, 2008              STOEL RIVES LLP

 9

10                                     By_____
                                            Randolph C. Foster
11                                          Email: rcfoster@stoel.com
                                            STOEL RIVES LLP
12                                          900 SW Fifth Ave., Suite 2600
                                            Portland, OR  97204
13                                          Telephone: (503) 294-9453
                                            Facsimile: (503) 220-2480
14

15

16  DATED: July 8th, 2008              SUNLINK CORPORATION

17
                                       By_____
18                                          Christopher Tilley
                                            Title: Chief Executive Officer
19                                          SUNLINK CORPORATION

20

21

22

23

24

25

26

27

28
```

51393/2563688.1                                     -2-                           Case No. C 08-2807 SBA
                                NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER

**PROPOSED ORDER**

For good cause appearing, IT IS HEREBY ORDERED THAT Randolph C. Foster and Steven T. Lovett and the firm Stoel Rives LLP are permitted to withdraw as counsel for SunLink Corporation in this matter. SunLink Corporation will continue to be represented in this case by counsel from the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP.

IT IS SO ORDERED.

DATED: _____

                                              Honorable Saundra Brown Armstrong
                                              United States District Court Judge