1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Morgan W. Tovey (Bar No. 136242)
2     morgantovey@quinnemanuel.com
      Linda J. Brewer (Bar No. 217730)
3     lindabrewer@quinnemanuel.com
   50 California Street, 22nd Floor
4  San Francisco, California  94111
   Telephone:     (415) 875-6600
5  Facsimile:     (415) 875-6700

6  Attorneys for Defendant and Cross-Complainant
   SUNLINK CORPORATION
7

8
                     UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11

| | |
|---|---|
| SUNPOWER CORPORATION, SYSTEMS, a Delaware Corporation, | CASE NO. C 08-2807 SBA |
| Plaintiff and Cross-Defendant, | **NOTICE OF WITHDRAWAL OF COUNSEL FOR SUNLINK CORPORATION AND ORDER** |
| vs. | **[CIV. L.R. 11-5]** |
| SUNLINK CORPORATION, a Delaware Corporation, | Trial Date:     Not Yet Set |
| Defendant and Cross-Complainant. | |

        Pursuant to Civil Local Rule 11-5(a), Defendant and Cross-complainant Sunlink Corporation respectfully requests that the Court permit the withdrawal of Randolph C. Foster and Steven T. Lovett and the firm Stoel Rives LLP as its co-counsel in this matter.  SunLink Corporation will continue to be represented in this Court by counsel from the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP.  No scheduled hearing or trial will be delayed if this withdrawal is granted as the Quinn Emanuel Urquhart Oliver & Hedges firm has been involved in this case since prior to the transfer to this Court from the District of Oregon.

1  DATED: July 8, 2008                QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP
2

3
                                      By____/s/_____
4                                        Linda J. Brewer
                                         Attorneys for Defendant and Cross-Complainant
5                                        SUNLINK CORPORATION

6     I agree to and accept the above withdrawal of counsel.

7

8  DATED: July 8, 2008                STOEL RIVES LLP

9

10                                    By___/s/_____
                                         Randolph C. Foster
11                                       Email: *rcfoster@stoel.com*
                                         STOEL RIVES LLP
12                                       900 SW Fifth Ave., Suite 2600
                                         Portland, OR 97204
13                                       Telephone: (503) 294-9453
                                         Facsimile: (503) 220-2480
14

15

16 DATED: July 8, 2008                SUNLINK CORPORATION

17

18                                    By____/s/_____
                                         Christopher Tilley
19                                       Title: Chief Executive Officer
                                         SUNLINK CORPORATION
20

21

22

23

24

25

26

27

28

51393/2571623.1

-2-                                                    Case No. C 08-2807 SBA
NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER

1  **ORDER**

2  For good cause appearing, IT IS HEREBY ORDERED THAT Randolph C. Foster and

3  Steven T. Lovett and the firm Stoel Rives LLP are permitted to withdraw as counsel for SunLink

4  Corporation in this matter.  SunLink Corporation will continue to be represented in this case by

5  counsel from the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP.

6  IT IS SO ORDERED.

7

8  DATED: _7/16/08

9  _____
   Honorable Saundra Brown Armstrong
   United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28