UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SunPower Corporation Systems

                Plaintiff(s),

       v.

SunLink Corporation

                Defendant(s).
_____/

CASE NO. C 08-02807 SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference October 1, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Howard Pollack (in trial on another matter until 9/18/2008) | Plaintiff | 650-839-5007 | pollack@fr.com |
| Craig Compton | Plaintiff | 650-839-5061 | compton@fr.com |
| Morgan Tovey | Defendant | 415-875-6600 | morgantovey@quinnemanuel.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 09/02/2008                                    /s/ Craig R. Compton
                                                                 Attorney for Plaintiff

Dated: 09/02/2008                                    /s/ Morgan W. Tovey
                                                                 Attorney for Defendant

Rev 12.05