1   Frank E. Scherkenbach, (Bar No. 142549)
    scherkenbach@fr.com
2   Fish & Richardson P.C.
    225 Franklin Street
3   Boston, MA 02110-2804
    Telephone: (617) 542-5070
4   Facsimile:  (617) 542-8906

5   Howard G. Pollack (Bar No. 162897)
    pollack@fr.com
6   Craig R. Compton (Bar No. 215491)
    compton@fr.com
7   FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
8   Redwood City, CA 94063
    Telephone: (650) 839-5070
9   Facsimile:  (650) 839-5071

10  Attorneys for Plaintiff and Counterdefendant
    SUNPOWER CORPORATION, SYSTEMS

11

12  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Morgan W. Tovey (Bar No. 136242)
13  morgantovey@quinnemanuel.com
    Linda J. Brewer (Bar No. 217730)
14  lindabrewer@quinnemanuel.com
    50 California Street, 22nd Floor
15  San Francisco, California  94111
    Telephone:  (415) 875-6600
16  Facsimile:   (415) 875-6700

17  Attorneys for Defendant and Counterclaimant
    SUNLINK CORPORATION

18
                    UNITED STATES DISTRICT COURT
19
                  NORTHERN DISTRICT OF CALIFORNIA
20
                        (OAKLAND DIVISION)
21

22  SUNPOWER CORPORATION, SYSTEMS, a        Case No. C 08-2807-SBA
    Delaware corporation,
23                                          **SUNPOWER CORPORATION SYSTEMS**
              Plaintiff and Counterdefendant,   **AND SUNLINK CORPORATION'S**
24                                          **JOINT STIPULATION AND  ORDER**
         vs.                                **REGARDING ALTERNATIVE DISPUTE**
25                                          **RESOLUTION DEADLINE**
    SUNLINK CORPORATION, a Delaware
26  corporation,                            PATENT CASE

27            Defendant and Counterclaimant.

28

                                1

1    Sunpower Corportation, Systems ("SunPower") and SunLink Corporation ("SunLink")

2  respectfully submit the following stipulation and [Proposed] Order.

3  I.    BACKGROUND

4    In September the parties met and conferred and participated in a telephone conference with

5  the ADR Department where it was agreed that the parties would schedule a mediation session

6  within 30 days of receipt of the Court's Claim Construction Order.  On October 1, 2008 the parties

7  participated in a Case Management Conference before your Honor and orally presented their joint

8  proposal regarding timing for participation in the Alternate Dispute Resolution program.  The

9  Court confirmed that scheduling a mediation session within 30 days of the Claim Construction

10  Order was acceptable.

11  II.    STIPULATION

12    SunPower and SunLink hereby stipulate that they will schedule and participate in a

13  mediation session within 30 days of receipt of the Court's Claim Construction Order.

14
DATED:  November 11, 2008          FISH & RICHARDSON P.C.

15
16                                     /s/ Craig R. Compton
                                     Craig R. Compton

17
18                                   Attorneys for Plaintiff and Counterdefendant
                                     SUNPOWER CORPORATION, SYSTEMS

19
20  DATED:  November 11, 2008          QUINN EMANUEL URQUHART OLIVER
                                     & HEDGES, LLP
21
22                                     /s/ Morgan W. Tovey
                                     Morgan W. Tovey
23
24                                   Attorneys for Defendant and Counterclaimant,
                                     SUNLINK CORPORATION

25    Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

26  penalty of perjury that concurrence in the filing of this document has been obtained from Morgan

27  W. Tovey.

28  / / /

1   DATED:  November 11, 2008               FISH & RICHARDSON P.C.

2                                             /s/ Craig R. Compton
3                                            Craig R. Compton

4                                            Attorneys for Plaintiff and Counterdefendant
                                             SUNPOWER CORPORATION, SYSTEMS
5

6

7   PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9   DATED:  November 13  , 2008

10                                           Honorable Saundra Brown Armstrong
                                             United States District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28