1  Frank E. Scherkenbach, (Bar No. 142549)
   scherkenbach@fr.com
2  Fish & Richardson P.C.
   225 Franklin Street
3  Boston, MA 02110-2804
   Telephone: (617) 542-5070
4  Facsimile:  (617) 542-8906

5  Howard G. Pollack (Bar No. 162897)
   pollack@fr.com
6  Craig R. Compton (Bar No. 215491)
   compton@fr.com
7  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
8  Redwood City, CA 94063
   Telephone: (650) 839-5070
9  Facsimile:  (650) 839-5071

10 Attorneys for Plaintiff and Counterdefendant
   SUNPOWER CORPORATION, SYSTEMS
11

12 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Morgan W. Tovey (Bar No. 136242)
13 morgantovey@quinnemanuel.com
   Linda J. Brewer (Bar No. 217730)
14 lindabrewer@quinnemanuel.com
   50 California Street, 22nd Floor
15 San Francisco, California  94111
   Telephone:  (415) 875-6600
16 Facsimile:   (415) 875-6700

17 Attorneys for Defendant and Counterclaimant
   SUNLINK CORPORATION
18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| SUNPOWER CORPORATION, SYSTEMS, a Delaware corporation,<br><br>            Plaintiff and Counterdefendant,<br><br>      vs.<br><br>SUNLINK CORPORATION, a Delaware corporation,<br><br>            Defendant and Counterclaimant. | Case No. C 08-2807-SBA<br><br>**SUNPOWER CORPORATION SYSTEMS AND SUNLINK CORPORATION'S JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME OF CLAIM CONSTRUCTION BRIEFING AND HEARING**<br><br>PATENT CASE |

1    Pursuant to Civil Local Rule 6-2 SunPower Corporation, Systems ("SunPower") and
2 SunLink Corporation ("SunLink") respectfully submit the following Stipulated Request for Order
3 Changing Time of Claim Construction Briefing and Hearing.
4 I.   BACKGROUND
5    The Court's schedule currently provides for SunPower to file its opening claim
6 construction brief on December 1, 2008 and for SunLink to file its responsive claim construction
7 brief on December 15, 2008.  The Court has also scheduled a claim construction hearing for
8 January 28, 2009.  SunLink has noticed the deposition of the named inventor of the patents-in-suit
9 and his deposition had been scheduled for mid-November.  Unfortunately, SunPower had to take
10 his deposition off calendar so that he could tend to and be with his seriously ill father.  See
11 Declaration of Craig Compton at ¶ 2.  The result being that the named inventor's deposition has
12 been postponed to the week of December 16, 2008, which is after both parties were to file claim
13 construction briefs.  The parties have contacted the Court to check on the availability of the Court
14 to move the claim construction hearing by approximately one month.  The requested change will
15 not alter any other dates for the matter because the parties do not yet have a schedule for the case
16 past claim construction.  Declaration of Craig Compton at ¶ 4.
17     The only other time modifications in this matter were by stipulation and they did not alter
18 the date for any Court filings.  The parties stipulated that SunLink could serve its Invalidity
19 Contentions on August 29, 2008 when the previous due date had been August 25, 2008.
20 Declaration of Craig Compton at ¶ 3.  The parties further agreed to exchange preliminary claim
21 construction positions on October 8, 2008 when then previous date had been September 24, 2008.
22 Id.
23    Below is the parties proposed change to the Court's schedule:
24 II.  STIPULATION
25    For the reasons stated above, SunPower and SunLink hereby stipulate to the following
26 modification to the case's schedule:
27 / / /
28

| Event | Previous Date | Proposed Date |
|---|---|---|
| Close of claim construction discovery pursuant to Patent Local Rule 4-4 | November 17, 2008 | December 31, 2008 |
| Plaintiff to file and serve its opening claim construction brief pursuant to Patent Local 4-5 | December 1, 2008 | January 7, 2009 |
| Defendant to file and serve its responsive claim construction brief pursuant to Patent Local 4-5 | December 15, 2008 | January 21, 2009 |
| Plaintiff to file and serve its reply claim construction brief, pursuant to Patent Local 4-5 | December 22, 2008 | January 28, 2009 |
| Tutorial and claim construction hearing to be followed by Case Management Conference | January 28, 2009 at 9:00 a.m. for four hours | March 4, 2009 at 9:00 a.m. for four hours. |

DATED: November 24, 2008             FISH & RICHARDSON P.C.

                                      /s/ Craig R. Compton
                                      Craig R. Compton

                                      Attorneys for Plaintiff and Counterdefendant
                                      SUNPOWER CORPORATION, SYSTEMS


DATED: November 24, 2008             QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                      /s/ Morgan W. Tovey
                                      Morgan W. Tovey

                                      Attorneys for Defendant and Counterclaimant,
                                      SUNLINK CORPORATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Morgan W. Tovey.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
|1| DATED: November 24, 2008 | FISH & RICHARDSON P.C. |
|2| | /s/ Craig R. Compton |
|3| | Craig R. Compton |
|4| | Attorneys for Plaintiff and Counterdefendant SUNPOWER CORPORATION, SYSTEMS |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 26, 2008

_____
Honorable Saundra Brown Armstrong
United States District Court Judge

**PROOF OF SERVICE**

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On November 26, 2008, I caused a copy of the following document(s):

**SUNPOWER CORPORATION SYSTEMS AND SUNLINK CORPORATION'S JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME OF CLAIM CONSTRUCTION BRIEFING**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Morgan W. Tovey, Esq. | Attorneys for Defendant |
| Linda J. Brewer | SUNLINK |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | |
| 50 California Street, 22nd Floor | |
| San Francisco, California 94111 | |
| Telephone:  (415) 875-6600 | |
| Facsimile:  (415) 875-6700 | |

| | | |
|---|---|---|
| [X] | **MAIL:** | Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business. |
| [ ] | **PERSONAL:** | Such envelope was delivered by hand to the offices of the addressee. |
| [ ] | **FACSIMILE:** | Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error. |
| [X] | **ELECTRONIC MAIL:** | Such document was transmitted by electronic mail to the addressees' email addresses as stated above. |
| [ ] | **FEDERAL EXPRESS:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express. |
| [ ] | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |

1    ☐ **OVERNIGHT DELIVERY:** Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents.

     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     I declare under penalty of perjury that the above is true and correct. Executed on November 26, 2008, at Redwood City, California.

                                                        Wendy M. Hobbs