1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Morgan W. Tovey (Bar No. 136242)
2  morgantovey@quinnemanuel.com
   Linda J. Brewer (Bar No. 217730)
3  lindabrewer@quinnemanuel.com
   Jason S. Takenouchi (Bar No. 234835)
4  jasontakenouchi@quinnemanuel.com
   50 California Street, 22nd Floor
5  San Francisco, California 94111
   Telephone: (415) 875-6600
6  Facsimile: (415) 875-6700
   Attorneys for Defendant and Counterclaimant
7  SUNLINK CORPORATION

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                            OAKLAND DIVISION
11

12  SUNPOWER CORPORATION, SYSTEMS, a    CASE NO. C 08-2807 SBA
    Delaware Corporation,
13                                       [PROPOSED] ORDER GRANTING
            Plaintiff and Counterclaim   SUNLINK CORPORATION'S
14          Defendant,                   ADMINISTRATIVE REQUEST TO FILE
                                         UNDER SEAL PURSUANT TO
15      vs.                              CIV. L.R. 79-5(d)

16  SUNLINK CORPORATION, a Delaware     PATENT CASE
    Corporation,
17                                       Date: March 4, 2009
            Defendant and                Time: 9:00 a.m.
18          Counterclaimant.             Court: The Hon. Saundra Brown Armstrong

19

20      On January 21, 2009, Defendant and Counterclaimant SunLink Corporation ("SunLink")

21  filed an administrative request to file certain exhibits to the Declaration Of Morgan W. Tovey In

22  Support Of Defendant And Counterclaimant SunLink Corporation's Claim Construction Brief

23  ("Tovey Declaration") under seal pursuant to Civ. L.R. 79-5(d). Having considered the request,

24  and any papers submitted by Plaintiff and Counterclaim Defendant SunPower Corporation,

25  Systems, pursuant to Civ. L.R. 79-5(d),

26      IT IS HEREBY ORDERED THAT the following exhibits shall be filed under seal:

27      1.      Exhibit 8 to the Tovey Declaration.

28      2.      Exhibit 18 to the Tovey Declaration.

51393/2769689.1
                                      -1-                    Case No. C 08-2807 SBA
                          [PROPOSED] ORDER GRANTING SUNLINK'S ADMIN. REQUEST

| | | |
|---|---|---|
| 1 | 3. | Exhibit 25 to the Tovey Declaration. |
| 2 | 4. | Exhibit 26 to the Tovey Declaration. |
| 3 | 5. | Exhibit 27 to the Tovey Declaration. |
| 4 | 6. | Exhibit 28 to the Tovey Declaration. |
| 5 | 7. | Exhibit 29 to the Tovey Declaration. |
| 6 | 8. | Exhibit 30 to the Tovey Declaration. |
| 7 | 9. | Exhibit 31 to the Tovey Declaration. |
| 8 | 10. | Exhibit 33 to the Tovey Declaration. |
| 9 | 11. | Exhibit 34 to the Tovey Declaration. |
| 10 | 12. | Exhibit 40 to the Tovey Declaration. |
| 11 | 13. | Exhibit 42 to the Tovey Declaration. |
| 12 | 14. | Exhibit 44 to the Tovey Declaration. |
| 13 | 15. | Exhibit 45 to the Tovey Declaration. |
| 14 | 16. | Exhibit 46 to the Tovey Declaration. |

IT IS SO ORDERED.

Dated: 3/2/09

*Saundra B Armstrong*
Hon. Saundra Brown Armstrong
United States District Court Judge