1   Frank E. Scherkenbach, (Bar No. 142549;
    scherkenbach@fr.com)
2   Fish & Richardson P.C.
    225 Franklin Street
3   Boston, MA 02110-2804
    Telephone: (617) 542-5070
4   Facsimile:  (617) 542-8906

5   Howard G. Pollack (Bar No. 162897;
    pollack@fr.com)
6   Craig R. Compton (Bar No. 215491;
    compton@fr.com)
7   FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
8   Redwood City, CA 94063
    Telephone: (650) 839-5070
9   Facsimile:  (650) 839-5071

10  Attorneys for Plaintiff
    SUNPOWER CORPORATION, SYSTEMS
11

12  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Morgan W. Tovey (Bar No. 136242)
13  morgantovey@quinnemanuel.com
    Linda J. Brewer (Bar No. 217730)
14  Jason S. Takenouchi (Bar No. 234835)
    50 California Street, 22nd Floor
15  San Francisco, California  94111
    Telephone:    (415) 875-6600
16  Facsimile:    (415) 875-6700

17  Attorneys for Defendant and Counterclaimant
    SUNLINK CORPORATION
18

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21                          (OAKLAND DIVISION)

| | |
|---|---|
| 22  SUNPOWER CORPORATION, SYSTEMS, a Delaware corporation, | Case No. CV 08-2807 SBA |
| 23         Plaintiff and Counterclaim Defendant, | **JOINT STIPULATION AND ORDER REGARDING EQUIPMENT FOR TUTORIAL AND CLAIM CONSTRUCTION HEARING** |
| 25   vs. | PATENT CASE |
| 26  SUNLINK CORPORATION, a Delaware Corporation, | |
| 27         Defendant and Counterclaimant. | |

1    WHEREAS Defendant and Counterclaimant SunLink Corporation ("SunLink"), Plaintiff and Counterclaim Defendant SunPower Corporation, Systems ("SunPower"), and contractors and other support staff hired by the parties desire to bring into the Federal Courthouse in Oakland, California, located at 1301 Clay Street, #400 South, Oakland, California, and set up in the courtroom of the Honorable Saundra B. Armstrong certain equipment and materials for purposes of facilitating demonstrative exhibits that may be used during the tutorial and claim construction hearing on March 4, 2009; and

   WHEREAS that equipment will include the following: two Hi Lumens LCD Projectors, one 8-foot screen, three 17" monitors, an "Elmo" device, two laptop computers, and other assorted switches, cables and speakers;

   NOW THEREFORE the parties hereby request the Court allow access to the courtroom for the set-up and use of such equipment at the March 4, 2009 tutorial and claim construction hearing.

Dated:  February 27, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                   By: */s/ Jason Takenouchi*

                                   Attorneys for Defendant and Counterclaimant
                                   SUNLINK CORPORATION

Dated:  February 27, 2009          FISH & RICHARDSON P.C.

                                   By: */s/ Craig Compton*

                                   Attorneys for Plaintiff and Counterclaim
                                   Defendant SUNPOWER CORPORATION,
                                   SYSTEMS

   Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Craig Compton.

Dated:  February 27, 2009          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                   By: */s/ Jason Takenouchi*

1   IT IS SO ORDERED. Court staff, including assistant U.S. Marshals on duty at the time,
2  are directed to allow, and to take such steps as reasonably necessary to facilitate the foregoing
3  activity on March 3, 2009, at 8:00 a.m.

Dated: _3/4/09

*Saundra B. Armstrong*
Hon. Saundra Brown Armstrong
United States District Court Judge

2802558_2.DOC