| | |
|---|---|
| 1 | Frank E. Scherkenbach, (Bar No. 142549; scherkenbach@fr.com) |
| 2 | Fish & Richardson P.C.<br>225 Franklin Street |
| 3 | Boston, MA 02110-2804<br>Telephone: (617) 542-5070 |
| 4 | Facsimile: (617) 542-8906 |
| 5 | Howard G. Pollack (Bar No. 162897; pollack@fr.com) |
| 6 | Craig R. Compton (Bar No. 215491; compton@fr.com) |
| 7 | FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500 |
| 8 | Redwood City, CA 94063<br>Telephone: (650) 839-5070 |
| 9 | Facsimile: (650) 839-5071 |
| 10 | Attorneys for Plaintiff<br>SUNPOWER CORPORATION, SYSTEMS |
| 11 | |
| 12 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>Morgan W. Tovey (Bar No. 136242) |
| 13 | morgantovey@quinnemanuel.com<br>Linda J. Brewer (Bar No. 217730) |
| 14 | Jason S. Takenouchi (Bar No. 234835)<br>50 California Street, 22nd Floor |
| 15 | San Francisco, California 94111<br>Telephone: (415) 875-6600 |
| 16 | Facsimile: (415) 875-6700 |
| 17 | Attorneys for Defendant and Counterclaimant<br>SUNLINK CORPORATION |
| 18 | |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| SUNPOWER CORPORATION, SYSTEMS, a Delaware corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    vs.<br><br>SUNLINK CORPORATION, a Delaware Corporation,<br><br>    Defendant and Counterclaimant. | Case No. CV 08-2807 SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR SUNLINK CORPORATION TO FILE AMENDED ANSWER AND COUNTERCLAIMS**<br><br><u>PATENT CASE</u> |

1    WHEREAS Defendant and Counterclaimant SunLink Corporation ("SunLink") seeks the
2 Court's leave to file an amended answer and counterclaims, and Plaintiff and Counterclaim
3 Defendant SunPower Corporation, Systems ("SunPower") assents to the filing of this amended
4 pleading as being timely;

5    WHEREAS SunPower reserves all other rights to challenge either the form or the merits
6 of SunLink's amended answer and counterclaims, including, but not limited to, motions filed
7 under Federal Rules of Civil Procedure 11 and 12;

8    WHEREAS SunPower further reserves its right to seek all remedies afforded to it when
9 challenging unsupported or defective pleadings;

10   WHEREAS a copy of SunLink's proposed Amended Answer and Counterclaims are
11 attached to this stipulation and [proposed] order; and

12   WHEREAS the parties stipulate that SunPower will have ~~forty (40)~~ thirty (30) days to respond to
13 SunLink's amended answer and counterclaims.

14   NOW THEREFORE, in accordance with Federal Rule of Civil Procedure 15(a)(2), the
15 parties hereby request the Court give SunLink leave to file an amended answer and
16 counterclaims.

17 Dated: February 20, 2009         QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP
18
                                    By: /s/ Morgan Tovey
19
                                    Attorneys for Defendant and Counterclaimant
20                                  SUNLINK CORPORATION

21 Dated: February 20, 2009         FISH & RICHARDSON P.C.

22                                  By: /s/ Craig Compton

23
                                    Attorneys for Plaintiff and Counterclaim
24                                  Defendant SUNPOWER CORPORATION,
                                    SYSTEMS
25

26

27

28

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Craig Compton.

Dated: February 20, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/ Morgan Tovey

IT IS SO ORDERED.

Dated: 3/4/09

_____
Hon. Saundra Brown Armstrong
United States District Court Judge

2802558_2.DOC