FILED

DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
DARALYN J. DURIE--#169825
MICHAEL H. PAGE--#154913
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 362-6666
Facsimile: (415) 236-6300
E-Mail: mpage@durietangri.com

Attorneys for Defendant
SUNLINK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNPOWER CORPORATION, SYSTEMS, a Delaware Corporation,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>SUNLINK CORPORATION, a Delaware corporation,<br><br>Defendant and Counterclaimant. | Case No. CV 08-2807 SBA<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE that Defendant Sunlink Corporation hereby substitutes
4  Daralyn J. Durie and Michael H. Page of Durie Tangri Page Lemley Roberts & Kent LLP, 332
5  Pine St., Suite 200, San Francisco, CA 94104, Telephone: 415-362-6666, in place of Quinn
6  Emanuel Urquhart Oliver & Hedges, 50 California St., San Francisco, CA 94111. All notices
7  given or required to be given, and all filed or served or required to be served in the above-
8  captioned matter, should henceforth be provided to and served upon counsel at the address set
9  forth below:

DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
332 Pine St., Suite 200
San Francisco, CA 94104
Telephone: 415-362-6666
Facsimile: 415-236-6300

Michael H. Page
mpage@durietangri.com
Daralyn J. Durie
ddurie@durietangri.com

Dated: March 27, 2009          SUNLINK CORPORATION

By: _____

Christopher Tilley, CEO

We consent to the above substitution:

Dated: March 27, 2009          QUINN EMANUEL LLP

By: ___/s/_____

We accept the above substitution:

Dated: March 27, 2009

DURIE TANGRI PAGE LEMLEY
ROBERTS & KENT LLP

By: /s/

Michael H. Page

IT IS SO ORDERED:

Dated: 4-3-09

Hon. Saundra Brown Armstrong
United States District Judge

2
SUBSTITUTION OF COUNSEL
CASE NO. CV 08-2807 (SBA)

430434.01