DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP
DARALYN J. DURIE--#169825
MICHAEL H. PAGE--#154913
332 Pine Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 362-6666
Facsimile:   (415) 236-6300
E-Mail: mpage@durietangri.com

Attorneys for Defendant
SUNLINK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNPOWER CORPORATION, SYSTEMS, a Delaware Corporation,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>SUNLINK CORPORATION, a Delaware corporation,<br><br>    Defendant and Counterclaimant. | Case No. CV 08-2807 SBA<br><br>**STIPULATION AND  ORDER OF WITHDRAWING SUNLINK'S FIRST AMENDED ANSWER AND COUNTERCLAIMS** |

Defendant and Counterclaimant SunLink Corporation ("SunLink") has filed what it has entitled its Corrected First Amended Answer and Counterclaims, and

SunLink wishes to withdraw, and hereby withdraws, its First Amended Answer and Counterclaims, and

Plaintiff and Counterdefendant SunPower Corporation, Systems ("SunPower") has not answered the First Amended Answer and Counterclaims,

NOW THEREFORE it is stipulated that SunLink's First Amended Answer and Counterclaims (both unredacted and redacted versions) are hereby withdrawn, and should be stricken from the Court's docket in the above captioned matter.  SunPower reserves the right to move the Court to condition that withdrawal and reserves its right to object and otherwise respond to the filing of a Corrected First Amended Answer and Counterclaims.

The parties further stipulate that SunPower shall have twenty (20) days to answer or otherwise respond to the Corrected First Amended Answer and Counterclaims.

Dated:  April 10, 2009                                DURIE TANGRI PAGE LEMLEY
                                                                           ROBERTS & KENT LLP


                                                                           By:   /s/

                                                                           Michael H. Page
                                                                           Attorneys for Defendant and Counterclaimant
                                                                           SUNLINK CORPORATION


Dated:  April 10, 2009                                FISH & RICHARDSON


                                                                           By:   /s/

                                                                           John Farrell
                                                                           Attorneys for Plaintiff and Counterdefendant
                                                                           SUNPOWER CORPORATION, SYSTEMS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS SO ORDERED. The Clerk of Court is instructed to strike from the Court's files Docket Entries numbered 63 and 68 in the above-captioned matter. SunPower's Answer to SunLink's Corrected First Amended Complaint shall be filed and served on or before April 30, 2009.

Dated: 4/15/09

*Saundra B. Armstrong*

Hon. Saundra Brown Armstrong
United States District Judge