Frank E. Scherkenbach, (Bar No. 142549)
scherkenbach@fr.com
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack (Bar No. 162897)
pollack@fr.com
Craig R. Compton (Bar No. 215491)
compton@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff and Counterdefendant
SUNPOWER CORPORATION, SYSTEMS


DURIE TANGRI PAGE LEMLEY
ROBERTS & KENT LLP
MICHAEL H. PAGE (Bar No. 154913)
mpage@durie@durietangri.com
DARALYN J. DURIE (Bar No. 169825)
ddurie@durie@durietangri.com
332 Pine Street, Suite 200
San Francisco, CA  94104
Telephone:  (415) 362-6666
Facsimile:   (415) 236-6300

Attorneys for Defendant
SUNLINK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| SUNPOWER CORPORATION, SYSTEMS, a Delaware corporation,<br><br>             Plaintiff and Counterdefendant,<br><br>    vs.<br><br>SUNLINK CORPORATION, a Delaware corporation,<br><br>             Defendant and Counterclaimant. | Case No. C 08-2807-SBA<br><br>**SUNPOWER CORPORATION SYSTEMS AND SUNLINK CORPORATION'S JOINT STIPULATED REQUEST FOR ORDER AMENDING THE CURRENT CASE SCHEDULE**<br><br>PATENT CASE |

1    Pursuant to Civil Local Rule 6-2 SunPower Corporation, Systems ("SunPower") and
2 SunLink Corporation ("SunLink") respectfully submit the following Stipulated Request for an
3 Order Amending some dates in the Order for Pretrial Preparation in Patent Cases, dated March 10,
4 2009. The proposed modifications to the schedule <u>do not</u> alter any dates for filings with, or
5 hearings before, the Court.

6 I.    BACKGROUND

7    The Court's schedule currently provides for fact discovery to close on August 3, 2009.
8 The parties, however, have agreed to schedule some depositions after August 3, 2009 because
9 some witnesses, including third-party witnesses are not available until later in August. The
10 parties, thus, propose moving the close of discovery by 18 days, which will allow the parties to
11 complete fact discovery before expert reports are due. The parties also propose slight
12 modifications to the schedule regarding the exchange of expert reports.

13    The only other time modifications in this matter were by stipulation. The parties
14 stipulated that SunLink could serve its Invalidity Contentions on August 29, 2008 when the
15 previous due date had been August 25, 2008. Declaration of Craig Compton at ¶ 3. The parties
16 further agreed to exchange preliminary claim construction positions on October 8, 2008 when then
17 previous date had been September 24, 2008. Id. The parties also stipulated to moving the claim
18 construction briefing schedule because SunLink had noticed a witness for deposition and the
19 deposition had to be postponed due to the passing of the witness' father. Id.

20    Below is the parties proposed change to the Court's schedule:

21 II.   STIPULATION

22    For the reasons stated above, SunPower and SunLink hereby stipulate to the following
23 modification to the case's schedule:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Close of Fact Discovery | August 3, 2209 | August 21, 2009 |
| Opening Expert Reports | August 24, 2009 | September 4, 2009 |
| Rebuttal Expert Reports | September 22, 2009 | September 30, 2009 |
| Expert Discovery Cut-Off | October 9, 2009 | October 16, 2009 |
| Last Day to hear motions | December 1, 2009 | NO CHANGE |

2

| | | |
|---|---|---|
| 1 | DATED:  July 2, 2009 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | _/s/ Craig R. Compton_____<br>Craig R. Compton |
| 4 | | Attorneys for Plaintiff and Counterdefendant<br>SUNPOWER CORPORATION, SYSTEMS |
| 5 | | |
| 6 | | |
| 7 | DATED:  July 2, 2009 | DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP |
| 8 | | _/s/ Michael H. Page_____<br>Michael H, Page |
| 9 | | |
| 10 | | Attorneys for Defendant and Counterclaimant,<br>SUNLINK CORPORATION |

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael H. Page.

| | | |
|---|---|---|
| 15 | DATED:  July 2, 2009 | FISH & RICHARDSON P.C. |
| 16 | | _/s/ Craig R. Compton_____<br>Craig R. Compton |
| 17 | | |
| 18 | | Attorneys for Plaintiff and Counterdefendant<br>SUNPOWER CORPORATION, SYSTEMS |

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   DATED: July 7, 2009

_____
Honorable Saundra Brown Armstrong
United States District Court Judge

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On July 7, 2009, I caused a copy of the following document(s):

**SUNPOWER CORPORATION SYSTEMS AND SUNLINK CORPORATION'S JOINT STIPULATED REQUEST FOR ORDER AMENDING THE CURRENT CASE SCHEDULE**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Michael Page | Attorneys for Defendant |
| Daralyn Durie | SUNLINK CORPORATION |
| **DURIE TANGRI PAGE LEMLEY ROBERTS & KENT LLP** | |
| 332 Pine St., Suite 200 | |
| San Francisco, CA 94104 | |
| Telephone: (415) 362-6666 | |
| Facsimile:  (415) 236-6300 | |
| Email:  mpage@durietangri.com | |
| Email:  ddurie@durietangri.com | |

[X] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL:** Such envelope was delivered by hand to the offices of the addressee.

[ ] **FACSIMILE:** Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above.  Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

[X] **ELECTRONIC MAIL:** Such document was transmitted by electronic mail to the addressees' email addresses as stated above.

[ ] **FEDERAL EXPRESS:** Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by Federal Express.

| ☐ | **EXPRESS MAIL:** | Such correspondence was deposited on the same day in the ordinary course of business with a facility regularly maintained by the United States Postal Service. |
|---|---|---|
| ☐ | **OVERNIGHT DELIVERY:** | Such correspondence was given on the same day in the ordinary course of business to an authorized courier or a driver authorized by that courier to receive documents. |

    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    I declare under penalty of perjury that the above is true and correct. Executed on July 7, 2009, at Redwood City, California.

Wendy M. Hobbs

50660870