1  Frank E. Scherkenbach, (CAB # 142549;
   scherkenbach@fr.com)
2  Fish & Richardson P.C.
   225 Franklin Street
3  Boston, MA 02110-2804
   Telephone:  (617) 542-5070
4  Facsimile:   (617) 542-8906

5  Howard G. Pollack (CAB # 162897;
   pollack@fr.com)
6  Craig R. Compton (CAB # 215491;
   compton@fr.com)
7  Robert J. Kent (CAB # 250905;
   RJKent@fr.com)
8  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
9  Redwood City, CA 94063
   Telephone:  (650) 839-5070
10 Facsimile:   (650) 839-5071

11 Attorneys for Plaintiff and Counter-defendant
   SUNPOWER CORPORATION, SYSTEMS
12
   Michael H. Page (CAB # 154913;
13 mpage@durie@durietangri.com)
   Daralyn J. Durie (CAB # 169825;
14 ddurie@durie@durietangri.com)
15 DURIE TANGRI LLP
   332 Pine Street, Suite 200
16 San Francisco, CA 94104
   Telephone:  (415) 362-6666
17 Facsimile:   (415) 236-6300

18
   Attorneys for Defendant and Counter-claimant
19 SUNLINK CORPORATION

20                    UNITED STATES DISTRICT COURT

21                   NORTHERN DISTRICT OF CALIFORNIA

22                          (OAKLAND DIVISION)

| | |
|---|---|
| 23 SUNPOWER CORPORATION, SYSTEMS, a Delaware corporation, | Case No. CV 08-2807 SBA (EMC) |
| 24         Plaintiff and Counter-defendant,<br>25    vs. | **STIPULATED DISMISSAL OF CLAIMS AND COUNTERCLAIMS AND [PROPOSED] ORDER** |
| 26 SUNLINK CORPORATION, a Delaware Corporation, | PATENT CASE |
| 27         Defendant and Counter-claimant. | |
| 28 | |

1    Pursuant to the parties' October 6, 2009 settlement agreement, Plaintiff SunPower
2  Corporation, Systems and Defendant SunLink Corporation, by and through their undersigned
3  counsel of record, hereby stipulate and move for an order dismissing the above-captioned case,
4  including all claims and counterclaims, with prejudice pursuant to Federal Rule of Civil Procedure
5  41(a)(1)(ii).  The parties further stipulate that each party shall be responsible for its own costs and
6  attorneys fees related to this action.
7    The parties further stipulate and respectfully request that a Magistrate Judge of this Court
8  retain jurisdiction to enforce the terms and conditions of the parties' October 6, 2009 settlement
9  agreement resolving this matter.

10 Dated:  October 26, 2009              FISH & RICHARDSON P.C.

                                        By: */s/ Craig R. Compton*
                                            Craig R. Compton

                                        Attorneys for Plaintiff and Counter-defendant
                                        SUNPOWER CORPORATION, SYSTEMS

15 Dated:  October 26, 2009              DURIE TANGRI LLP

                                        By: */s/ Daralyn J. Durie*
                                            Craig R. Compton

                                        Attorneys for Defendant and Counter-claimant,
                                        SUNLINK CORPORATION

20                          **DECLARATION**

21    Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under
22 penalty of perjury that concurrence in the filing of this document has been obtained from Daralyn
23 J. Durie.

24 Dated:  October 26, 2009              FISH & RICHARDSON P.C.

                                        By: */s/ Craig R. Compton*
                                            Craig R. Compton

                                        Attorneys for Plaintiff and Counter-defendant
                                        SUNPOWER CORPORATION, SYSTEMS

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims and counterclaims |
| 3 | in this case are dismissed with prejudice and that a Magistrate Judge of this Court shall retain |
| 4 | jurisdiction to enforce the terms and conditions of the parties' October 6, 2009 settlement |
| 5 | agreement. |
| 6 | |
| 7 | Dated: _10/26/09 |
| 8 | _____ |
| | Hon. Saundra Brown Armstrong |
| 9 | United States District Court Judge |

50677113.doc

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 26, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the **STIPULATED DISMISSAL OF CLAIMS AND COUNTERCLAIMS AND [PROPOSED] ORDER** via the Court's CM/ECF system per Local Rule 5-4 and General Order 45. Any other counsel of record will be served by first class mail.

                                                                    */s/ Craig R. Compton*
                                                                    Craig R. Compton

50677113.doc